1  BETTY J. WILLIAMS, SBN 224793
   LAW OFFICES OF WILLIAMS & ASSOCIATES, P.C.
2  3600 American River Drive, Suite 135
   Sacramento, CA 95864
3  Telephone:  (916) 488 8501
   Facsimile: (916) 488-8196
4  Email: betty@williamstaxlaw.com
5
   Attorneys for Defendant
6  ZARKO DANILOV

7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.: 2:22-CR-65-TLN

12              Plaintiff,

13       v.                           **STIPULATION AND ORDER**

14  ZARKO DANILOV,

15              Defendant.             Judge:  Honorable Troy L. Nunley

16

17

18       The parties request to vacate Mr. Danilov's current sentencing date of August 25, 2022,

19  and reset his sentencing for September 29, 2022.  Probation is aware of this request and does not

20  object; the court is available as well.

21       The parties further wish to reset the dates for disclosures and objections pertaining to the

22  Presentence Report as follows:

23       Judgment and sentencing date:                    September 29, 2022

24       Reply or statement of non-opposition:            September 22, 2022

25       Motion for correction of the Pre-Sentence
     Report shall be filed with the court and
26   served on the Probation Officer and
     opposing counsel no later than:                      September 15, 2022
27

28

DEFENDANT ZARKO DANILOV'S                    1                    2:22-CR-65-TLN
STIPULATION AND ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than:                September 8, 2022

Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than:                September 1, 2022

The Proposed Pre-Sentence Report shall be disclosed to counsel no later than:                August 18, 2022

June 27, 2022

/s/ Denise Yasinow
Denise Yasinow
Assistant United States Attorney

June 27, 2022

/s/ Betty Williams
Betty Williams
Attorney for Defendant
Zarko Danilov

DEFENDANT ZARKO DANILOV'S
STIPULATION AND ORDER                2                2:22-CR-65-TLN

1

2                                              **O R D E R**

3          Good cause appearing Zarko Danilov's sentencing is reset to September 29, 2022.

4          Dates for disclosures and objections pertaining to the Presentence Report are reset as

5   follows:

6          Judgment and sentencing date:                          September 29, 2022

7          Reply or statement of non–opposition:                  September 22, 2022

8
           Motion for correction of the Pre-Sentence
9          Report shall be filed with the court and
           served on the Probation Officer and
10         opposing counsel no later than:                        September 15, 2022

11

12         The Pre–Sentence Report shall be filed with
           the court and disclosed to counsel no later
13         than:                                                  September 8, 2022

14         Counsel's written objections to the Pre-
           Sentence Report shall be delivered to the
15         Probation Officer and opposing counsel no
           later than:                                            September 1, 2022
16

17         The Proposed Pre-Sentence Report shall be
           disclosed to counsel no later than:                   August 18, 2022

18

19  DATED:  6/27/2022

20         _____
           Troy L. Nunley
21         United States District Judge

22

23

24

25

26

27

28